10-4876-cv
Potter v. Costello

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand twelve.

PRESENT:
>        Richard C. Wesley,
>        Raymond J. Lohier, Jr.,
>        Christopher F. Droney,
>            *Circuit Judges.*

_____

ANTONIO T. POTTER,

>        *Plaintiff-Appellant*,

>        v.                                    10-4876-cv

JOHN P. COSTELLO,

>        *Defendant*,

COMMISSIONER OF SOCIAL SECURITY,

>        *Defendant-Appellee*.

_____


FOR APPELLANT:        Antonio T. Potter, *pro se*, Rochester, NY.

FOR APPELLEES:        Elizabeth D. Rothstein, Special Assistant United States Attorney, Mary Ann Sloan, Acting Regional

Chief Counsel, Office of the General Counsel for the Social Security Administration, *for* William J. Hochul, Jr., United States Attorney for the Western District of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Western District of New York (Larimer, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court is **AFFIRMED**.

Appellant Antonio T. Potter, proceeding *pro se*, appeals from the district court's (Larimer, *J.*) November 1, 2010, judgment on the pleadings in favor of the Commissioner of Social Security (the "Commissioner") in Potter's action seeking judicial review of a final decision of the Commissioner. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review *de novo* a district court's decision granting a motion for judgment on the pleadings. *Desiano v. Warner-Lambert & Co.*, 467 F.3d 85, 89 (2d Cir. 2006). Doing so requires us to examine the administrative record "to determine whether there is substantial evidence supporting the Commissioner's decision and whether the Commissioner

2

applied the correct legal standard." *Machadio v. Apfel*, 276 F.3d 103, 108 (2d Cir. 2002). Substantial evidence is "more than a mere scintilla" and "means such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Burgess v. Astrue*, 537 F.3d 117, 127 (2d Cir. 2008) (internal quotation marks omitted).

Here, because Potter did not oppose or otherwise respond to the Commissioner's motion for judgment on the pleadings, we will not consider the arguments in his brief for the first time on appeal. *See Bogle-Assegai v. Connecticut*, 470 F.3d 498, 504 (2d Cir. 2006). Moreover, even if we were to exercise our discretion to consider Potter's arguments, *see id.*, we would determine that, for the reasons stated by the district court, the Commissioner's decision was legally correct and supported by substantial evidence.

We have considered Appellant's other arguments on appeal and have found them to be without merit. Accordingly, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk